UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

THE VU'S CORPORATION, et al.,

    Defendants.

Case No. 21-cv-01817-PJH

**ORDER**

Re: Dkt. No. 20

On June 16, 2021, the plaintiff, by his counsel, advised the court that the parties had reached a provisional settlement of this case. Dkt. 18. On June 17, 2021, the court conditionally dismissed the case. Dkt. 19. On August 16, 2021, plaintiff's counsel filed a declaration stating in part that the settlement funds have not yet been received and requesting a 30-day continuance. Dkt. 20. Plaintiff's request for a 30-day continuance is hereby **GRANTED**. The case remains dismissed **without** prejudice for an additional 30 days from the date of this order. Either party may file notice that the settlement has not been finalized within those 30 days, but if no notice is filed, the dismissal shall thereafter be **with** prejudice.

This District maintains a set of Civil Local Rules governing practice in civil proceedings.[1] The Civil Local Rules require submission of proposed orders alongside pleadings and other filings. See Civil L.R. 5-1. There was no proposed order submitted with counsel's filing dated August 16, 2021. Sanctions will be imposed in the future if plaintiff's counsel's law firm continues to disregard the Rules.

---

[1] Available at: https://www.cand.uscourts.gov/rules/civil-local-rules/.

**IT IS SO ORDERED.**

Dated: August 17, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge